■ DAMIEN DOHERTY, Respondent, v CITY OF NEW YORK et al., Defendants, and VAN-TAG CONTRACTING CORP., Appellant. (And a Third-Party Action.) [808 NYS2d 625]—

Order, Supreme Court, Bronx County (Paul A. Victor, J.), entered January 13, 2005, which granted plaintiff's motion for a protective order setting aside the notice of plaintiff's deposition and directing that the deposition take place in Ireland, unanimously affirmed, without costs. Appeal from order, same court (Barry Salman, J.), entered on or about April 25, 2005, denying defendant's motion for a stay of the January 13, 2005 order, unanimously dismissed, without costs, as academic.

We perceive no abuse of the motion court's broad discretion to supervise discovery (*see Ulico Cas. Co. v Wilson, Elser, Moskowitz, Edelman & Dicker*, 1 AD3d 223, 224 [2003]). Plaintiff was on three occasions denied the necessary travel visa for appearance at his court-ordered New York deposition and

was directed in the appealed order to bear the costs of defendant's travel-related expenses (*cf. Farrakhan v N.Y.P. Holdings*, 226 AD2d 133 [1996], *lv denied* 91 NY2d 803 [1997]). Concur—Buckley, P.J., Mazzarelli, Andrias, Saxe and Sullivan, JJ.